BEFORE THE THIRD DIVISION, MAY 25, 1961

No. 65700.—Air Express International Agency, Inc. v. United States, protest 59/33392 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that had the complete file been before the collector during his 90-day period for review, the collector would have allowed free entry of the merchandise and following Abstracts 57104 and 64361, the claim of the plaintiff was sustained.

No. 65701.—Penson and Company v. United States, protest 59/25889 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the issues are similar to those involved in Abstract 57104, the claim of the plaintiff was sustained.

No. 65702.—J. M. Sutton Sons & Co. and H. W. Ebert Co. v. United States, protests 59/32174 and 60/3259 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of wall plaques similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (43 Cust. Ct. 74, C.D. 2106), the claim of the plaintiffs was sustained.